IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PILANT, *et al.*,<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-55-RDM |

## NOTICE OF WITHDRAWAL BY COUNSEL

  Please take note that, pursuant to Local Civil Rule 83.6(b), the undersigned counsel hereby withdraws as counsel for the United States.

Dated: July 22, 2025          Respectfully submitted,

                   /s/ *Jason C. Lynch*
                   JASON C. LYNCH (D.C. Bar No. 1016319)
                   Senior Counsel
                   Federal Programs Branch
                   U.S. Department of Justice, Civil Division
                   1100 L Street, NW
                   Washington, DC 20005
                   Telephone: (202) 514-1359
                   Email: Jason.Lynch@usdoj.gov

                   *Counsel for Defendants*