IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PILANT, *et al.*,<br><br>               Plaintiffs,<br>     v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>               Defendants. | Case No. 1:25-cv-55-RDM |

**JOINT STATUS REPORT**

On June 19, 2025, the Court granted Defendants' consent motion to stay proceedings in this case so that the Parties could further discuss whether settlement was possible. The Court ordered the Parties to submit a joint status report (JSR) by July 18, 2025, and every 30 days thereafter.

The Parties respectfully apologize to the Court for the short, inadvertent delay in submitting the JSR. The Parties continue to work towards achieving a potential settlement. Since the last JSR submitted on August 18, 2025, Plaintiffs submitted a counter settlement proposal, which Defendants continue to review. Because any settlement would obviate the need for further litigation, the Parties agree that further discussions pose a significant chance of lessening any burden on the Court. Wherefore, the Parties propose that they file another joint status report by October 19, 2025, and every 30 days thereafter.

Dated: September 23, 2025                    Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General
                                             Civil Division

                                             STEPHEN M. ELLIOTT
                                             Assistant Branch Director

<u>/s/ *Zareen Iqbal*</u>
ZAREEN IQBAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel.: (202) 353-5639
Email: zareen.iqbal2@usdoj.gov

*Counsel for Defendants*

<u>/s/ *Matthew Mainen*</u>
Matthew Mainen
D.D.C. Bar No. MD0200
D.C. Bar No. 90021723
3 Times Square
New York, NY 10036
Phone: (301) 814-9007
Email: matt@njaclaw.org

*Counsel for Plaintiffs*