IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PILANT, *et al.*,<br><br>           Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>   Defendants. | Civil Action No. 25-cv-55-RDM |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.6(b) of the Local Civil Rules, Zareen Iqbal hereby withdraws her appearance in this action, as she is no longer a Trial Attorney at the Federal Programs Branch. Defendants have been notified of this withdrawal and will continue to be represented by Kevin Bell, who has entered his appearance in this case.

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
Trial Attorney
United States Department of Justice Civil
Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 353-5639
E-mail: zareen.iqbal2@usdoj.gov

*Attorneys for Defendants*