**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PILANT, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>UNITED STATES DEPARTMENT OF THE<br>TREASURY, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-55-RDM |

**JOINT STATUS REPORT**

On June 19, 2025, the Court granted Defendants' consent motion to stay proceedings in this case so that the Parties could further discuss whether settlement was possible. The Court ordered the Parties to submit a joint status report (JSR) by July 18, 2025, and every 30 days thereafter. The Parties' last filed a JSR on September 23, 2025. ECF No. 17. Appropriations to the Department of Justice, *inter alia*, lapsed during the period between October 1, 2025, and November 12, 2025. On November 17, 2025, this Court entered a Minute Order, requiring the Parties to "file a further joint status report on or before December 19, 2025, and every thirty days thereafter."

On February 23, 2026, Defendants shared a settlement counterproposal with Plaintiffs, and the Parties continue to discuss potential modifications to the proposal. Because any settlement would obviate the need for further litigation, the Parties agree that further discussions pose a significant chance of lessening any burden on the Court. Wherefore, the Parties propose that they file another joint status report by April 20, 2026, and every 30 days thereafter.

Dated: March 20, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

1

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Counsel for Defendants*

/s/ *Matthew Mainen*
Matthew Mainen
D.D.C. Bar No. MD0200
D.C. Bar No. 90021723
3 Times Square
New York, NY 10036
Phone: (301) 814-9007
Email: matt@njaclaw.org

*Counsel for Plaintiffs*

2