**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PILANT, *et al.*,<br><br>           Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE<br>TREASURY, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-55-RDM |

## JOINT STIPULATION OF DISMISSAL

The Parties, by their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly stipulate to the dismissal of the Complaint, ECF No. 1, and the above-captioned action with prejudice, with each Party to pay its own costs and attorneys' fees.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Matthew Mainen*
Matthew Mainen
D.D.C. Bar No. MD0200
D.C. Bar No. 90021723
3 Times Square
New York, NY 10036
Phone: (301) 814-9007
Email: matt@njaclaw.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *Kevin K. Bell*
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel.: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Counsel for Defendants*

1